IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lewis, Jeraline O

Printed: 5/13/08

Case Number: 08 B 04358
Judge: Wedoff, Eugene R
Filed: 2/26/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: May 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | City of Country Club Hills | Secured | 392.00 | 0.00 |
| 3. | Gregory Dodge | Secured | 1,406.25 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 42,536.89 | 0.00 |
| 5. | MCSI | Unsecured | 155.00 | 0.00 |
| 6. | Medsource | Unsecured | 7.69 | 0.00 |
| 7. | Sallie Mae | Unsecured | 4,771.72 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 7.31 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 69.55 | 0.00 |
| 10. | Southern Illinois University | Unsecured | 538.23 | 0.00 |
| 11. | Sallie Mae | Unsecured | 350.43 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 267.80 | 0.00 |
| 13. | United States Dept Of Education | Unsecured | 755.22 | 0.00 |
| 14. | United States Dept Of Education | Unsecured | 12,861.90 | 0.00 |
| 15. | Melacom | Unsecured | 15.63 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 70.07 | 0.00 |
| 17. | RoundUp Funding LLC | Unsecured | 27.43 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 53.23 | 0.00 |
| 19. | American Express Travel Relate | Unsecured | 156.31 | 0.00 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 45.00 | 0.00 |
| 21. | Drive Financial Services | Secured |  | No Claim Filed |
| 22. | Internal Revenue Service | Priority |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 25. | Collection Company Of America | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lewis, Jeraline O | Case Number: 08 B 04358 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 5/13/08 | Filed: 2/26/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Comcast | Unsecured | | No Claim Filed |
| 27. | Chase Bank | Unsecured | | No Claim Filed |
| 28. | Chase Bank | Unsecured | | No Claim Filed |
| 29. | City of Joliet | Unsecured | | No Claim Filed |
| 30. | MCI Telecommunications | Unsecured | | No Claim Filed |
| 31. | Collection Company Of America | Unsecured | | No Claim Filed |
| 32. | Drive Financial Services | Unsecured | | No Claim Filed |
| 33. | Check N Go | Unsecured | | No Claim Filed |
| 34. | Associated Credit | Unsecured | | No Claim Filed |
| 35. | Esurance Inaurance Services | Unsecured | | No Claim Filed |
| 36. | City of Joliet | Unsecured | | No Claim Filed |
| 37. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 38. | City of Joliet | Unsecured | | No Claim Filed |
| 39. | Isc Collection Service | Unsecured | | No Claim Filed |
| 40. | Oak Brook Terrace | Unsecured | | No Claim Filed |
| 41. | Nicor Gas | Unsecured | | No Claim Filed |
| 42. | Merchant Credit Guide | Unsecured | | No Claim Filed |
| 43. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 44. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 45. | Money Control | Unsecured | | No Claim Filed |
| 46. | Park Dansan | Unsecured | | No Claim Filed |
| 47. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 48. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 49. | University of Illinois | Unsecured | | No Claim Filed |
| 50. | KCA Financial Services | Unsecured | | No Claim Filed |
| 51. | Verizon Wireless | Unsecured | | No Claim Filed |
| 52. | Chawla Group | Unsecured | | No Claim Filed |
| 53. | Park Dansan | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 64,487.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____